**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CYNTHIA A. KEREKES, individually | : | 1:14-cv-1665 |
| and in her capacity as Executrix of the Estate | : | |
| of Paul Jerome Brown, Jr., a/k/a Paul J. | : | |
| Brown, Jr., deceased, | : | |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| PRIMERICA, INC. t/a/d/b/a | : | |
| Primerica Life Insurance Company, | : | |
| and FRANCESCA BROWN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### June 10, 2016

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Judgment is **ENTERED** in favor of Francesca Brown.

2. The Clerk of Court is **DIRECTED** to deliver the Primerica Policy Number 0412796493 proceeds, plus all accrued interest, to Francesca Brown.

3. The Clerk of Court is **DIRECTED** to close the case.

s/ John E. Jones III
John E. Jones III
United States District Judge